UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD C. BROWN, | : | CIVIL ACTION NO. 3:CV-14-0777 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |

## ORDER

**AND NOW, THIS 30th DAY OF SEPTEMBER, 2016**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss or, in the alternative for summary judgment (Doc. 14) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

/s/ William J. Nealon
**United States District Judge**